PER CURIAM.
 

 Upon review of Appellant’s response to this court’s December 2, 2011, order to show cause, we conclude the order on appeal is a non-appealable, nonfinal order because it merely denies Appellant’s motion for summary final order, without disposing of the claim.
 
 See
 
 Fla. R.App. P. 9.180(b)(1);
 
 Green Tree Servicing, LLC v. Genaux,
 
 951 So.2d 1000 (Fla. 1st DCA 2007) (dismissing appeal as premature because order merely denies motion for summary judgment and is not an appealable final order). Accordingly, the appeal is DISMISSED for lack of jurisdiction.
 

 WOLF, CLARK, and WETHERELL, J.J., concur.